IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

---

REID BIGLAND,

    Plaintiff,

v.

FCA NORTH AMERICA HOLDINGS, LLC;
FCA US LLC; FIAT CHRYSLER
AUTOMOBILES, N.V.,

    Defendants.

No. 19-cv-_____

---

## INDEX OF EXHIBITS TO NOTICE OF REMOVAL

| Exhibit | Description |
|---|---|
| A | Complaint, *Bigland* v. *FCA North America Holdings, LLC, et al.*, No. 2019-174165-CD (Cir. Ct. Mich.) |
| B | Summonses, *Bigland* v. *FCA North America Holdings, LLC, et al.*, No. 2019-174165-CD (Cir. Ct. Mich.) |
| C | Proof of Service, *Bigland* v. *FCA North America Holdings, LLC, et al.*, No. 2019-174165-CD (Cir. Ct. Mich.) |
| D | Declaration of Shavan M. Giffen, dated June 5, 2019 |