IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| REID BIGLAND,<br><br>　　　Plaintiff,<br><br>v.<br><br>FCA NORTH AMERICA HOLDINGS, LLC;<br>FCA US LLC; FIAT CHRYSLER<br>AUTOMOBILES, N.V.,<br><br>　　　Defendants. | No. 19-cv-11659<br><br>Honorable Laurie J. Michelson<br>District Court Judge<br><br>Honorable Stephanie Dawkins Davis<br>Magistrate Judge |

## NOTICE OF APPEARANCE OF JULIA M. JORDAN

PLEASE TAKE NOTICE that Julia M. Jordan of Sullivan & Cromwell LLP, hereby enters her appearance on behalf of Defendant FCA North America Holdings LLC and FCA US LLC in the above-captioned case. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available to FCA North America Holdings LLC and FCA US LLC under common law, statutes, the United States Constitution, or the Federal Rules of Civil Procedure.

        Respectfully submitted,

        */s/ Julia M. Jordan*
        Julia M. Jordan
        SULLIVAN & CROMWELL LLP
        1700 New York Avenue, N.W., Suite 700
        Washington, D.C. 20006-5215
        Tel: (202) 956-7500
        jordanjm@sullcrom.com

        *Counsel for Defendant FCA North America Holdings LLC and FCA US LLC*

June 5, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

                                        Respectfully submitted,

                                        */s/ Julia M. Jordan*
                                        Julia M. Jordan
                                        SULLIVAN & CROMWELL LLP
                                        1700 New York Avenue, N.W., Suite 700
                                        Washington, D.C. 20006-5215
                                        Tel: (202) 956-7500
                                        jordanjm@sullcrom.com

                                        *Counsel for Defendant FCA North America Holdings LLC and FCA US LLC*

June 5, 2019