UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| REID BIGLAND, | : | |
| Plaintiff, | : | No. 19-cv-11659 |
| v. | : | Honorable Laurie J. Michelson<br>District Court Judge |
| FCA NORTH AMERICA HOLDINGS, LLC;<br>FCA US LLC; FIAT CHRYSLER<br>AUTOMOBILES, N.V., | : | Honorable Stephanie Dawkins Davis<br>Magistrate Judge |
| Defendants. | : | |

## **NOTICE OF APPEARANCE OF THOMAS W. CRANMER**

PLEASE TAKE NOTICE that Thomas W. Cranmer of Miller, Canfield, Paddock and Stone, PLC, hereby enters his appearance on behalf of Defendants FCA North America Holdings LLC and FCA US LLC in the above-captioned case. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available to FCA North America Holdings LLC and FCA US LLC under common law, statutes, the United States Constitution, or the Federal Rules of Civil Procedure.

Respectfully submitted,

By: /s/Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 150
Troy, MI  48098
Phone: (248) 267-3381
cramner@millercanfield.com

*Attorneys for Defendants FCA North America Holdings LLC and FCA US LLC*

Dated: June 5, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

Respectfully submitted,

By: /s/Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 150
Troy, MI  48098
Phone: (248) 267-3381
cramner@millercanfield.com

*Attorneys for Defendants FCA North America Holdings LLC and FCA US LLC*

33777007.1\088888-02778