# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**REID BIGLAND,**

    Plaintiff,

vs.

Case No. 19-cv-11659
Hon. Laurie J. Michelson
Mag. Stephanie Dawkins Davis

**FCA NORTH AMERICA HOLDINGS, LLC**, *a Delaware Corporation,* **FCA US LLC,** *a foreign corporation*, and **FIAT CHRYSLER AUTOMOBILES, N.V.**, *a foreign corporation*, *jointly and severally,*

    Defendants.

_____

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>**Deborah L. Gordon (P27058)**<br>**Elizabeth A. Marzotto Taylor (P82061)**<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com | **SULLIVAN AND CROMWELL LLP**<br>**Jacob Eden Cohen**<br>Attorney for Defendants<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-3262<br>cohenja@sullcrom.com<br><br>**MILLER, CANFIELD, PADDOCK AND STONE, PLC**<br>**Thomas W. Cranmer (P25252)**<br>Attorney for Defendants<br>840 W. Long Lake Road, Suite 200<br>Troy, Michigan 48084<br>cranmer@millercanfield.com<br><br>**SULLIVAN AND CROMWELL LLP**<br>**Julia Marie Jordan**<br>Attorney for Defendants<br>1700 New York Ave., N.W., Suite 700<br>Washington, DC 20006<br>(202) 293-6330<br>jordanjm@sullcrom.com |

_____

## NOTICE OF APPEARANCE

TO: Clerk of the Court

PLEASE ENTER THE APPEARANCE of Deborah L. Gordon as counsel for Plaintiff Reid Bigland, in the above-entitled cause of action.

Respectfully submitted,

**DEBORAH GORDON LAW**
**/s/Deborah L. Gordon (P27058)**
**Elizabeth A. Marzotto Taylor (P82061)**
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

Dated:  June 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed with the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**DEBORAH GORDON LAW**
**/s/Deborah L. Gordon (P27058)**
**Elizabeth A. Marzotto Taylor (P82061)**
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com